## CHICAGO, R. I. & P. RY. CO. v. THOMPSON.

No. 5287. Opinion Filed January 11, 1916.

(154 Pac. 552.)

**EJECTION OF PASSENGER.** Syllabus the same as in Chicago, R. I. & P. Ry. Co. v. Sheets, ante, p. —, 154 Pac. 550.

(Syllabus by Bleakmore, C.)

*Error from District Court, Canadian County;*
*John J. Carney, Judge.*

Action by C. L. Thompson against the Chicago, Rock Island & Pacific Railway Company. Judgment for plaintiff, and defendant brings error. Reversed and remanded.

*C. O. Blake, H. B. Low, R. J. Roberts,* and *W. H. Moore,* for plaintiff in error.

*John W. Clark,* for defendant in error.

Opinion by BLEAKMORE, C. This case is based upon the same facts involved and considered in *Chicago, Rock Island & Pacific Railway Company v. W. F. Sheets,*

*ante,* p. 586, 154 Pac. 550, and the law of that case controls this.

The judgment of the trial court should be reversed, and the case remanded.

By the Court: It is so ordered.